UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COREY SMITH,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN FAMILY INSURANCE,<br><br>            Defendant. | CASE NO. C14-1896 MJP<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL, STIPULATED DISMISSALS WITHOUT PREJUDICE |

THIS MATTER comes before the Court on Plaintiff's counsel's renewed Motion to Withdraw as Plaintiff's attorney pursuant to Local Civil Rule 83.2(b) and two purported stipulated dismissals without prejudice. (Dkt. Nos. 16, 19, 20.) Neither Plaintiff nor Defendant responded to the Motion to withdraw; the Court also finds good cause for Mr. Jackman's withdrawal due to family obligations. The Motion to withdraw is therefore GRANTED.

However, the two stipulated dismissals were not signed by the Plaintiff and Mr. Jackman signed under two conflicting titles: "Attorney for Plaintiff Corey Smith" and "Withdrawing Attorney." (See Dkt. Nos. 19 at 2–3; 20 at 2–3.) Because the Court is unclear whether Mr. Jackman was fully representing Plaintiff and his interests at the time of the purported

stipulations, the Court regards the purported stipulations as ineffective in the absence of the recorded consent of Mr. Smith. The stipulated dismissals (Dkt. Nos. 19, 20) are therefore DENIED without prejudice.

The clerk is ordered to provide copies of this order to Plaintiff, counsel, and Mr. Jackman.

Dated this 9th day of September, 2015.

Marsha J. Pechman
Chief United States District Judge

ORDER ON MOTION TO WITHDRAW AS
COUNSEL, STIPULATED DISMISSALS
WITHOUT PREJUDICE- 2